

# Court of Appeals
## Sixth Appellate District of Texas

# J U D G M E N T

In re Kenneth Vern Gibbs and Candace Gibbs Walton

No. 06-15-00002-CV

Original Mandamus Proceeding

Opinion delivered by Chief Justice Morriss, Justice Moseley and Justice Burgess participating.

As stated in the Court's opinion of this date, we find that Relator's petition for writ of mandamus should be conditionally granted and direct the trial court to set aside its order of November 21 and to transfer the physical file in this case to the transferee court in Tarrant County. The writ will issue only if the trial court fails to comply.

RENDERED JANUARY 30, 2015
BY ORDER OF THE COURT
JOSH R. MORRISS, III
CHIEF JUSTICE

ATTEST:
Debra K. Autrey, Clerk